# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RENE MOORE,<br><br>Plaintiff<br><br>v.<br><br>WELLS FARGO BANK, et al.,<br><br>Defendant. | Case No. 2:17-cv-04828-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

**IT IS ADJUDGED THAT** this case is dismissed in full as follows:

(1) the federal claim against Wells Fargo is dismissed with prejudice;

(2) all state law claims are dismissed without prejudice; and

(3) all claims against the United Marshals Service are dismissed without prejudice.

DATE: May 17, 2018

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE